ACCEPTED
03-15-00476-CR
8253787
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 6:26:07 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00476-CR**
**IN THE COURT OF APPEALS, THIRD SUPREME JUDICIAL DISTRICT**

_____

**In Re JOSE LUIS AGUIRRE**
**Appellant**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 6:26:07 PM
JEFFREY D. KYLE
Clerk

_____

**Cause No. D-1-DC-02-0302388, Travis County, Texas, 403rd Judicial District,**
**Honorable Brenda Kennedy, presiding**

_____

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE**
**BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, JOSE LUIS AGUIRRE, appellant, pursuant to *U.S.Const.,* Amends.

5 & 14, *Tex.Const.,* Art. I, *Secs*. 13 & 19,  and *T.R.A.P.,* not limited to Rules 4.1, 10.5,

38.6 and 38.9, and moves the Court to extend the time for filing appellant's brief

THIRTY (30) days to January 7, 2016, and shows:

**I. PROCEDURAL HISTORY.**

On June 6, 2005, appellant, on pleas of not guilty, was convicted by jury of

capital murder.

On or about September 11, 2013, he filed a *Request For Appointment of Counsel*

*Pursuant to Texas Code Criminal Procedure Art. 64*.  On  September 134, 2014, he filed

a writ of mandamus with this Court.  On November 4, 2014, the trial court appointed

counsel.

Defendant's *Motion For Forensic DNA Testing* was filed March 25, 2015.  A

*State's Memorandum In Opposition* to same was filed May 26, 2015.  Defendant filed a

*Motion for Discovery and Inspection* on June 22, 2015.  On July 2, 2015, without hear-

ing, the trial court denied Defendant's *Motion For Forensic DNA Testing*, entering find-

ings of fact and conclusions of law.  Defendant filed *Defendant's Objections To Court's*

*Order And Motion to Vacate Said Order*, along with extensive exhibits, on July 23, 2015.

The trial court denied it on or about August 2, 2015.

*Notice of Appeal* was filed on July 30, 2015. The clerk's record was filed on or about August 31, 2015, supplemental clerk's record on September 1, 2015 and September 9, 2015. The undersigned counsel filed a *Motion to Withdraw As Counsel And Defendant's Motion To Appoint Counsel For Appeal* on August 3, 2015, and the Court granted.

However, on September 4, 2015, the trial court purported to withdraw that order and "reappoint[ed ]" counsel "to continue representation in this case in the current post-trial proceedings and any appeal thereof." Court's *Motion Withdrawing Order Allowing Counsel to Withdraw*. Counsel did not learn that the court had entered such order until September 8, 2015.

## II. ONE PREVIOUS EXTENSIONS.
Appellant has had one extensions to file his brief.

## III. TIME OF MOTION.
The brief was due December 8, 2015. This motion is filed within 15 days thereof.

## IV. REASONS FOR EXTENSION OF TIME.
Appellant requests an extension based on the following:

1. Counsel is a solo practitioner without support staff except telephone messaging.

2. Counsel was ill from December 10 to 14, 2015.

3. In the past 30 days, counsel has represented some 43 clients, with some 77 cases (approximately 40/73 appointed or jail-cases) and disposed of some 5 clients and 8 cases.

4. During this, counsel also was required to spend a great deal of time in the time preparing for jury trial in State v. Onkst (Travis County #C1CR13-152734 and 15-405373), which had thousands of pages of documentary evidence or potential evidence, forensic computer experts and handwriting forensic experts for state and defense, as well as numerous state's and defense witnesses. The court had ordered that trial was beginning

on 11/30/2015, and there would be no continuances. The cases did settle (after counsel expended over 300 hours of work on them) on November 18, 2015.

5. Counsel is also working on briefs in #01-15-00368-CR, Lamotte v. State.

6. Counsel was out of town and unable to work on the brief because he traveled to be with family from 11/24 to 11/30/15, for Thanksgiving. The closest of counsel's family lives hundreds of miles away, and the family gets together n Dallas for this holiday and Christmas.

7. Thus, counsel has not have sufficient time to complete the brief by its due date as well as attend to all previously scheduled cases and obligations, and does not reasonably expect to before January 7, 2016. He asks this Honorable Court to extend the time for filing his brief of THIRTY (30) days to January 7, 2016, so that appellant will be given a full and meaningful appeal and accorded due process and due course of law, his right to appeal and effective assistance of counsel.

WHEREFORE, appellant prays this Court grant this motion and extend the time for filing

his brief for THIRTY (30) days to January 7, 2016.

RESPECTFULLY SUBMITTED,

/s/ Christopher P. Morgan

Christopher P. Morgan
State Bar No. 14435325
3009 N. IH 35
Austin, Texas 78722
(512) 472-9717 // FAX: 472-9798
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE:** I, Christopher P. Morgan, hereby certify a true copy of the foregoing Motion has been served on the Office of the District Attorney for Travis County, Texas on November 4, 2015, by mail to P.O. Box 1748, Austin, Texas 78767.

/s/ Christopher P. Morgan

Christopher P. Morgan

**[aguirre-m-brf-ext/p3of3]**